UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN CLAYVON WILLIAMS,         )<br>                Plaintiff,    )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>                              )<br>KILOLO KIJAKAZI,              )<br>*Acting Commissioner of Social Security*   )<br>                Defendant.    ) | **JUDGMENT**<br><br>No. 2:20-CV-86-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 24, 2022, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

<u>**This Judgment Filed and Entered on February 24, 2022, and Copies To:**</u>
Branch W. Vincent, III  (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


February 24, 2022                               PETER A. MOORE, JR. CLERK

                                                  /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk